UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID WAYNE CROCKER,<br><br>        Petitioner,<br><br>    v.<br><br>J. LIZARRAGA,<br><br>        Respondent. | Case No. CV 16-5333-ODW(AJW) *<br>Case No. CV 16-5334-ODW(AJW)<br><br>JUDGMENT |

    It is hereby adjudged that the petitions for a writ of habeas corpus are dismissed for lack of jurisdiction.

Dated: _July 28, 2016

_____
Otis D. Wright, II
United States District Judge